# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 23-90-BLG-SPW |
| **Plaintiff,** | |
| vs. | **AMENDED PRELIMINARY ORDER OF FORFEITURE** |
| **ERIK JOSEPH PERLBERG,** | |
| **Defendant.** | |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 18 U.S.C. § 924(d), as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violation;

And whereas, on November 21, 2023, the defendant entered a plea of guilty to Count 1 of the indictment, which charged him with prohibited person in possession of a firearm;

And whereas, the indictment contained a forfeiture allegation that stated that as a result of the offenses charged in the indictment, the defendant shall forfeit the following property:

- Mossberg, model 590, 12-gauge slide action shotgun (S/N: U914472)

1

- Privately Made Firearm (PMF), model AR-15 style, .350 Legend caliber semi-automatic rifle (S/N: none)

- Ruger, model Ruger 57, 5.7x28 mm semi-automatic pistol (S/N: 643-36764)

- Ruger, model P90, .45 ACP caliber semi-automatic pistol (S/N: 662-32814)

- Ruger, model LC9s, 9 mm caliber semi-automatic pistol (S/N: 459-28190)

- PMF, model AR-10 style, 6.5 CM semi-automatic rifle (S/N: None)

- Smith & Wesson, model 659, 9 mm caliber semi-automatic pistol (S/N: TAT4687)

- Smith & Wesson, model SW9VE, 9 mm caliber semi-automatic pistol (S/N: PBM5340)

- Juggernaut Tactical, model JT-10, .22-250 caliber semi-automatic rifle (S/N: None) (suspected PMF)

- Kel-Tec, model KSG, 12-gauge slide-action shotgun (S/N: XY7W25)

- JMT, model Polymer 80, .223 Wylde caliber semi-automatic rifle (S/N: None) (suspected PMF)

- Black in color suspected suppressor (S/N: None) (attached to item XI)

- Ruger, model 10/22, .22 caliber semi-automatic rifle (S/N: 0005-94355)

- Ruger, model SR-556, 5.56 mm caliber semi-automatic rifle (S/N: 594-01646)

- Black in color suspected suppressor (S/N: None) (attached to item XIV)

2

- Derya Arms, model VR80, 12-gauge semi-automatic shotgun (S/N: R130109)

- Ruger, model PC Charger, 9 mm semi-automatic pistol (S/N: 913-30215)

- Gun metal in color suspected suppressor (S/N: None) (attached to item XVII)

- Tikka, model T3X, .30-06 caliber bolt-action rifle (S/N: N50470)

- Ruger, model LC carbine, 5.7x28 mm semi-automatic rifle (S/N: 930-20272)

- Black in color suspected suppressor (S/N: None) (attached to item XX)

- Hatsan, model Escort, 12-gauge semi-automatic shotgun (S/N: 70-H21YD-1191)

- Remington, model 870, 12-gauge slide-action shotgun (S/N: B198033M)

- PMF, model AR-15 style, .223 Wylde caliber semi-automatic rifle (S/N: 08919010)

- Silver in color suspected suppresser (attached to item XXIV)

- Raven, model MP-25, .25 ACP semi-automatic pistol (S/N: 1287161)

- PMF (Jake Strecker), model AR-15 style, multi caliber machine gun receiver (S/N: 10304491)

- Havoc flare gun with 12-gauge adaptor

- Glock, model 22, .40 caliber semi-automatic pistol (S/N: BDNH494)

- Ruger, model EC9s, 9 mm caliber semi-automatic pistol (S/N: 454-39405)

3

- Approx: 3400 rounds of assorted ammunition.

And whereas, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to the indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by

the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 10th day of January, 2024.

_____
SUSAN P. WATTERS
United States District Court Judge